Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Hal H. Smith* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arthur A. Armstrong* for respondent.

No. 696. BEKINS ET AL., TRUSTEES, ET AL. *v.* LINDSAY-STRATHMORE IRRIGATION DISTRICT. February 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. Coburn Cook* for petitioners. *Messrs. Guy Knupp* and *Jas. R. McBride* for respondent.

No. 698. JORDAN ET AL. *v.* PALO VERDE IRRIGATION DISTRICT. February 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. Coburn Cook* for petitioners. *Messrs. Arvin B. Shaw, Jr.* and *Wm. L. Murphey* for respondent.

No. 699. MOODY ET AL. *v.* JAMES IRRIGATION DISTRICT, DEBTOR. February 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. Coburn Cook* for petitioners. *Mr. A. L. Cowell* for respondent.

No. 725. CASCO PRODUCTS CORP. *v.* SINKO TOOL & MANUFACTURING CO. February 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Drury W. Cooper, Henry M. Huxley,* and *Thomas J. Byrne* for petitioner. *Messrs. Bernard A. Schroeder, Russell Wiles,* and *George*